10-9-24  Case 6:24-cv-00544-ADA   Document 1   Filed 10/11/24   Page 1 of 6  FILED
October 11, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ lad
DEPUTY

W:24-cv-544

My name is Montreal. D. Wright #200828 and I am a inmate at the Bell County Jail in Belton, TX where I have been incarcerated for the last 5 years and seven months (#200828) awaiting dispensation of my case (cause #80374) & (cause #21DCR85113). like so many others in Bell County and throughout the state of Texas I have been fighting for my life/freedom all alone with nothing more at my disposal than a search bar on the "law library" which can only be accessed for a few limited hours each day.

But without the "law library" I will have no hope at all. without the law library I wouldn't have been to contact you.

On March 02, 2019 I was arrested in Temple, TX and accused of the crime of _____ The arresting officer transported me to the Bell county Jail. Where I was booked and subsequently magistrated by a local judge who appraised me of the charge against me and my bond was set at 500,000 dollars despite me informing him that I was indigent and wouldn't be able to pay such a large sum. futhermore, during the magistration process I was left to face my accusers behind closed doors wholly defenseless without legal counsel available to examine the validity of the states probable cause for arrest nor to advocate on my behalf for a reduction in bond. My family was not allowed to be present either. Just to show me their support. I was truly outgunned and all alone. And still to this day my rights are being violated.

[1]

feeling as though I had been "put together", and "Railroaded" I began researching Magistration in The State of Texas and discovered 3 very important cases that adressed the very issues that were causing me so much concern..

In order:
[Rothgery v. Gillespie County 554 U.S. 191 212 p. 16 128 S.C.T. 2578 371 L.E.D. 2d 366 (2008)]

In 2008, the Supreme Court determined that Walter Rothgery was illegally held by authorities in Gillespie County after a central database erroneously identified Rothgery as a felon. He was arrested by a felon in their decision. The Supreme Court held that had he had counsel made available at the time that he was magistrated to examine the states probable cause for arrest, he would have never been formally charged, much less held in detention awaiting trial, (as would have been the case -- at the time -- in fourty three out of fifty states for this reason the Supreme Court ruled, that in Texas Magistration represents the "point of Attachment" for the Sixth Amendment right to Counsel. Despite this Ruling the State of Texas has stubbornly refused to alter their processes and proceedures.

Thus leading to:
[Booth v. Galveston County, 1:23 cv-910-RP (W.D Tex Feb 05, 2019)]

[2]

In this case (Primarily concerned with what the fith Circut U.S. Court refered to as Galveston County's "Wealth-Based detention System") Stated in part "The Importantance of Providing counsel at an inital detention hearing is underscored by empirical research which indicates that the case outcomes for pretrial detainees Are Much Worse then for those who are relased pending Trial.

Importantly "Citing the Supreme Court opinion in Rothgery Judges Claim there is No Sixth Amendment right to counsel at Magistration, The Court disagrees."

Despite those rulings supposedly representing "the law of the land" Bell County Continues to operate in flagrant of this law. five years after the Booth decision And nearly twenty years After the supreme Court decision in Rothgery.

Surely sixteen years should have been plenty of time for Bell County to get their Affairs in order. Which Brings me to the third Case I would like to Adress And the reason why today I Seek to Appeal to you directly.

[Tex Tribune v. Coldwell County, 1:23-CV-910 RP (W.D. TEX FEB 05, 2024]

In Texas the right [to Counsel] specifically Attachs when an Accused is Brought before magistrate as Required by State law for a hearing which Probable Cause determination is made.

[3]

, Bail is set and the defendant is formally apprised of the accusation against him. The Supreme Court and the fith circut have attached Constitutional rights to bail hearings. As I read this -- and I don't see how it could be waived or read any other way -- the Judge in his decision reguarding your case against the authorities in Coldwell County has stated the arguments that I am attempting to make in my own. Taken one step further, your argument that denying the public access to these magistration proceedings jeopardizes public accountability of our criminal justice system and denies the first amendment rights of orgnizations such as your own echos my concerns and those of my family members who have been denied access to similar proceedings when they have sought to be present to provide moral support to myself in times of trouble. And for this reason I have written you today, to seek any and all advice and support that you might have to provide in stating my case appropriately and sheding the brightest light possible on this ongoing criminal enterprise being continuously operated under the guise of criminal justice in Bell County, Coldwell County, and so many other counties throughout the Great State of Texas"

Please reach out and contact me directly through my listing on SmartCommunications.com Montreal D. Wright #200828 so that we might discuss this matter directly and in greater detial. I am here to help with ANY questions that could be asked

With All respect and Best wishes

[5]

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513
Name Montreal Wright
Housing Unit A2A

RECEIVED
OCT 11 2024
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

AUSTIN TX 786
9 OCT 2024 PM 4 L

US POSTAGE PITNEY BOWES
ZIP 76513 $ 000.69⁰
02 4W
0000390608 OCT 09 2024

ATTN: U.S. District Clerk's office
800 Franklin Ave.. Room 380
Waco, TX. 76701

76701-193480